FILED:  May 24, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4068
(1:15-cr-00261-ELH-3)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

IGOR YASINOV

Defendant - Appellant

_____

O R D E R

_____

Upon consideration of the motion to voluntarily dismiss this case pursuant to
Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no
opposition, the court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk