To: Clerk of Court
101 West Lombard street
Baltimore MD, 21201

I would like to file a 2255 motion for ineffective Assistance of council, pertaining to Criminal Case NO. ELH-15-0261 United States of America v. Igor Yasinov. I am indigent, please assign me a Lawyer to represent me and help me file it.

Thank You,

Sincerely

Igor

From: Igor Yasinov
#58823037
U.S. Penitentiary
USP Atwater
P.O. Box 019001
Atwater, CA 95301